UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:18-cr-00493-BR |
| v. | ORDER |
| JERONE LAMONT STAPLES, | |

Defendant

The Court, having reviewed the motion of the United States of America and being fully advised:

IT IS HEREBY ORDERED that Indictment filed on October 17, 2018, in the above-titled cases is dismissed without prejudice.

Dated June 26th, 2019.

_____
HONORABLE ANNA J. BROWN
United States Senior District Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366

United States Attorney
District of Oregon

*s / Thomas H. Edmonds*
THOMAS H. EDMONDS, OSB #90255
Assistant United States Attorney